RECEIVED
IN LAKE CHARLES, LA
OCT 3 1 2005
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| BROWNING-FERRIS INDUSTRIES ASIA PACIFIC, INC. | : | DOCKET NO. 2:05 CV 0934 |
| VS. | : | JUDGE MINALDI |
| TEXAS WORLD OPERATIONS, INC. | : | MAGISTRATE JUDGE WILSON |

## JUDGMENT

In accordance with the corresponding Memorandum Ruling, for the reasons set forth therein,

IT IS ORDERED, ADJUDGED and DECREED that the Motion to Dismiss filed by the defendant, Texas World Operations, Inc. ("TWO"), IS DENIED.

Lake Charles, Louisiana, this 31 day of October, 2005.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE